PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
PRICE AND ASSOCIATES
1617 Clay Street
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
ROBERT SUMMERISE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUMMERISE, | C055-2807 JCS |
| Plaintiff, | **STIPULATION AND ORDER RE: CASE MANAGEMENT CONFERENCE** |
| v. | |
| KELLEHER CORPORATION, GARY GUDMUNDSON, et al., | |
| Defendants. | |

The parties to the above case stipulate to reschedule the date of the further case management conference before the Honorable Judge Joseph C. Spero from January 27, 2006 to February 10, 2006 at 1:30 p.m. The case management conference is currently set on the same date as the mediation scheduled in this case. In order to avoid this conflict and to ensure that the further case management conference is set after the mediation, the parties so stipulate.

It is so stipulated.

Dated:  January 17, 2005						PRICE AND ASSOCIATES


								___/s/_Pamela Y. Price_____
								PAMELA Y. PRICE, Attorneys for Plaintiff
								ROBERT SUMMERISE

Dated: January 17, 2005						MCNEIL, SILVEIRA, RICE, WILEY & WEST


								__/s/__Mark J. Rice_____
								MARK J. RICE, Attorneys for Defendants
								KELLEHER CORPORATION, GARY
								GUDMUNDSON, et al.


### ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, the foregoing date and time for the case management conference is approved.  **IT IS SO ORDERED**.

Dated:  _____January 23, 2006_____		_____
								JUDGE JOSEPH C. SPERO
								UNITED STATES DISTRICT COURT