Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel. 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

**Philip J. Smith**
Associate
415.442.1373
philip.smith@morganlewis.com

April 28, 2006

Hon. Joseph C. Spero
United States Magistrate Judge
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re: Robert Summerise v. Kelleher Corporation, et al. (Case No. C 05-2807 JCS (WDB))

Dear Judge Spero:

Plaintiff's counsel has notified our office that Plaintiff's lead trial counsel, Pamela Y. Price, cannot attend the May 22, 2006 settlement conference scheduled in this matter, as she will be out of the state that day.

However, the Clerk's Notice of Settlement Conference, dated April 12, 2006, expressly provides that "[l]ead trial counsel must appear at the Settlement Conference…." In light of Ms. Price's unavailability on May 22, 2006, as well as the fact that all parties have agreed to continue settlement conference date, we contacted Judge Brazil to continue the settlement conference to a later date when all lead trial counsel for the parties are able to attend the settlement conference.

At that time, Judge Brazil's law clerk noted that Your Honor's "Order Referring Case to Magistrate Judge Brazil for Settlement Conference" states that "[t]he parties are ordered to appear before Magistrate Judge Brazil on May 22, 2006…."

As such, Judge Brazil's law clerk explained that they cannot grant our request until Your Honor grants the parties permission to appear before Judge Brazil on a date other than May 22, 2006.

Based on the foregoing, we now request that Your Honor grant the parties permission to appear before Judge Brazil for the settlement conference, on or before July 31, 2006. In this regard, please note that Judge Brazil's law clerk stated that Judge Brazil will not likely be available to conduct the settlement conference before July 2006.

San Francisco   Philadelphia   Washington   New York   Los Angeles   Miami   Pittsburgh   Princeton   Chicago
Palo Alto   Dallas   Harrisburg   Irvine   Boston   London   Paris   Brussels   Frankfurt   Beijing   Tokyo

1-SF/7366619.1

Hon. Wayne D. Brazil
April 28, 2006
Page 2



Please do not hesitate to contact me should you have any comments or questions. Thank you.

Sincerely,

*Philip J. Smith*

Philip J. Smith
PJS/PJS

c:    P. Bobby Shukla, Esq.

Dated:  May 1, 2006



DENIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1-SF/7366619.1