Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel. 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

**Philip J. Smith**
Associate
415.442.1373
philip.smith@morganlewis.com

May 3, 2006

Hon. Joseph C. Spero
United States Magistrate Judge
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re:  <u>Robert Summerise v. Kelleher Corporation, et al. (Case No. C 05-2807 JCS (WDB))</u>

Dear Judge Spero:

On April 28, 2006, my office sought relief from Your Honor's "Order Referring Case to Magistrate Judge Brazil for Settlement Conference" because plaintiff's lead trial counsel could not attend the settlement conference on the date it was scheduled for, May 22, 2006.

Thereafter, Your Honor's office telephoned me to explain that the request would be denied because we requested permission to schedule the settlement conference in July 2006, but Your Honor wanted the parties to attend the settlement conference before June 23, 2006, which is the hearing date for dispositive motions in this matter.

As such, we contacted Judge Brazil's office to determine if Judge Brazil was available to conduct the settlement conference on any date prior to June 23, 2006. Judge Brazil's office confirmed that Judge Brazil would be available to conduct the settlement conference on June 15, 2006.

Plaintiff's counsel has also confirmed that plaintiff's lead trial counsel, Pamela Y. Price, will be available to attend the settlement conference on June 15, 2006, as will Defendants' lead trial counsel, Cecily A. Waterman.

As such, we again respectfully request that Your Honor grant the parties relief from Your Honor's Order requiring the parties to attend the settlement conference on May 22, 2006, so that the parties may continue the settlement conference to June 15, 2006.

San Francisco   Philadelphia   Washington   New York   Los Angeles   Miami   Pittsburgh   Princeton   Chicago
Palo Alto   Dallas   Harrisburg   Irvine   Boston   London   Paris   Brussels   Frankfurt   Beijing   Tokyo

1-SF/7368597.1

Hon. Joseph C. Spero
May 3, 2006
Page 2



Please do not hesitate to contact me should you have any comments or questions.  Thank you.

Sincerely,

*Philip J. Smith*

Philip J. Smith
PJS/PJS

Dated: May 4, 2006

**DENIED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1-SF/7368597.1