1   CECILY A. WATERMAN (SBN 63502)
    L. JULIUS M. TURMAN (SBN 226126)
2   PHILIP J. SMITH (SBN 232462)
    MORGAN, LEWIS & BOCKIUS LLP
3   One Market, Spear Street Tower
    San Francisco, CA 94105-1126
4   Tel: 415.442.1000
    Fax: 415.442.1001
5
    Attorneys for Defendants
6
    KELLEHER CORPORATION and GARY
7   GUDMUNDSON

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  ROBERT SUMMERISE,                    Case NO. C05-2807 JCS

12              Plaintiff,               **STIPULATION TO EXTEND TIME FOR
                                         FILING MOTION TO COMPEL FACT
13          vs.                          DISCOVERY AND COURT ORDER
                                         THEREON**
14  KELLEHER CORPORATION, GARY
    GUDMUNDSON, *et al.*,
15
                Defendants.
16

17                          <u>RECITALS</u>

18

19          WHEREAS, the Court's Amended Further Case Management and Pretrial Order dated

20  May 3, 2006 states that the Discovery Cut-Off Date in this matter is May 19, 2006;

21          WHEREAS, Civil L.R. 26-2 provides that a motion to compel fact discovery must be filed

22  not later than 7 court days after the fact discovery cut off date;

23          WHEREAS, a discovery dispute has arisen between Defendants and Plaintiff (hereinafter

24  collectively referred to as "the parties") regarding the continuation of Plaintiff's deposition;

25          WHEREAS, the parties have met and conferred regarding the continuation of Plaintiff's

26  deposition in compliance with Fed. R. Civ. P. 37 and Civil L.R. 37-1(a), but the parties did not

27  resolve that discovery dispute;

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7375904.1                              STIPULATION TO EXTEND TIME TO FILE MOTION
                                                      TO COMPEL FACT DISCOVERY

WHEREAS, a discovery dispute has arisen between the parties regarding Plaintiff's request for the production of certain documents;

WHEREAS, the parties have met and conferred regarding Plaintiff's request for the production of certain documents in compliance with Fed. R. Civ. P. 37 and Civil L.R. 37-1(a), but the parties did not resolve that discovery dispute;

WHEREAS, the deadline for the parties to file a motion to compel fact discovery is May 31, 2006;

WHEREAS, This Court's Standing Order requires discovery motions to be noticed at least 35 days prior to the date of the hearing on that discovery motion, unless the moving party seeks an order shortening time pursuant to Civil L.R. 6-3;

WHEREAS, the parties do not intend to seek an order shortening time under Civil L.R. 6-3 to notice their respective motions to compel;

WHEREAS, if the parties filed their respective motions to compel fact discovery on May 31, 2006, the earliest date that the hearing for such motions can be scheduled is July 5, 2006;

WHEREAS, the parties' mandatory settlement conference is scheduled for June 13, 2006;

WHEREAS, the parties agree that the parties' respective motions to compel would be rendered moot should the parties settle this matter at the June 13, 2006 mandatory settlement conference;

WHEREAS, the parties agree the parties will incur substantial costs preparing and filing their respective motions to compel;

WHEREAS, the parties agree that the parties will save substantial time and expense prior to the settlement conference, by extending the deadline to move to compel fact discovery until after the settlement conference, and that savings can be applied towards the parties' efforts to settle this matter at the June 13, 2006 settlement conference;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7375904.1

2

STIPULATION TO EXTEND TIME TO FILE MOTION
TO COMPEL FACT DISCOVERY

ST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION

Defendants Kelleher Corporation and Gary Gudmundson and Plaintiff Robert Summerise

hereby agree and stipulate by and through their respective attorneys of record that the deadline to

file a motion to compel fact discovery in this matter shall be extended from May 31, 2006 to

June 20, 2006.

Dated: May _25_, 2006

MORGAN, LEWIS & BOCKIUS LLP

By _Philip J. Smith_
Cecily A. Waterman
L. Julius M. Turman
Philip J. Smith
Attorneys for Defendants
KELLEHER CORPORATION and GARY
GUDMUNDSON

Dated: May _25_, 2006

PRICE AND ASSOCIATES

By __/s/ P. Bobby Shukla__
Pamela Y. Price
P. Bobby Shukla
Attorneys for Plaintiff
ROBERT SUMMERISE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7375904.1

3

STIPULATION TO EXTEND TIME TO FILE MOTION
TO COMPEL FACT DISCOVERY

ST

1    **ORDER**

2    GOOD CAUSE APPEARING FROM THE FOREGOING, IT IS HEREBY ORDERED

3    that the deadline to file a motion to compel fact discovery in this matter is extended from May 31,

4    2006 to June 20, 2006.

5

6    Date:    May 26, 2006

7     JOSE

8    United                                                    Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7375904.1

STIPULATION TO EXTEND TIME TO FILE MOTION
TO COMPEL FACT DISCOVERY



pypesq@aol.com
05/25/2006 03:23 PM

To   philip.smith@morganlewis.com

cc

bcc

Subject   Re: (Summerise v. Kelleher) Email for P. Bobby Shukla

Phil,

The stipulation is fine.  Please file it.  I authorize you to place an e-signature on it on my behalf.

Thanks,
Bobby Shukla

Pamela Y. Price,
Attorney at Law
Price And Associates
The Latham Square Building
1611 Telegraph Ave, Suite 1450
Oakland, CA 94612

Tel: (510) 452-0292
Fax: (510) 452-5625
Website: http://www.pypesq.com


-----Original Message-----
From: philip.smith@morganlewis.com
To: pypesq@aol.com
Sent: Thu, 25 May 2006 14:18:13 -0700
Subject: (Summerise v. Kelleher) Email for P. Bobby Shukla


Bobby,

Please find attached the proposed stipulation and order regarding extending the deadline for filing motions to compel fact discovery.

Please provide me with any changes you have otherwise please sign and fax or email it back to me and I will file it with the court.  Thanks.

Philip J. Smith
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1373 (direct)
(415) 442-1001 (fax)
philip.smith@morganlewis.com


IRS Circular 230 Disclosure