UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SUMMERISE,                              No. C 05-02807 JCS

        Plaintiff(s),
                                                               **ORDER OF DISMISSAL**
  v.

KELLEHER CORPORATION, ET AL.,

        Defendant(s).
_____/

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within forty-five (45) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: June 14, 2006

                                    JOSEPH C. SPERO
                                    United States Magistrate Judge